CHARLES S. KRESS, Appellant and Respondent, *v.* MANU
FACTURERS TRUST COMPANY, Respondent and
Appellant.

Argued June 2, 1937; decided July 13, 1937.

494

*James F. Donnelly, Samuel Michelman* and *Joseph W. Landes* for plaintiff, appellant and respondent.

*Leonard G. Bisco, William J. Granger* and *N. Wolfe Morgan* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.